UNITED STATES DISTRICT COURT
DISTICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| FLEXIBLE TECHNOLOGIES, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHARKNINJA OPERATING, LLC, SHARKNINJA MANAGEMENT COMPANY, and SHARKNINJA SALES COMPANY,<br><br>　　　　Defendants. | C. A. NO.:_____<br><br>**FLEXIBLE TECHNOLOGIES, INC.'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES**<br><br>(JURY TRIAL DEMANDED) |

　　　　Plaintiff, Flexible Technologies, Inc. ("Plaintiff" or "FTI") provides the following information pursuant to Local Civil Rule 26.01:

**(A)　State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.**

RESPONSE: There are none known to FTI at this time.

**(B)　As to each claim, state whether it should be tried jury or nonjury and why.**

RESPONSE: FTI has demanded a jury trial.

**(C)　State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

RESPONSE: FTI is not a public company. (1) FTI is a wholly owned subsidiary of Smiths Group International Holdings, Ltd., which is a wholly owned subsidiary of Smiths Group plc, which is listed on the London Stock Exchange. (2) None. (3) None.

**(D)　State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

RESPONSE:  FTI is domiciled and does business in this division.

**(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

RESPONSE:   FTI is not aware of the relationship of this matter to any other matter currently filed in this District.

                    Respectfully submitted,

                    s/Christopher B. Schoen
                    WYCHE, P.A.
                    Wallace K. Lightsey (D.S.C. Id. No. 1037)
                    Christopher B. Schoen (D.S.C. Id. No. 11421)
                    44 E. Camperdown Way
                    Greenville, SC 29601
                    Telephone:  864-242-8200
                    Facsimile:  864-235-8900
                    wlightsey@wyche.com; cschoen@wyche.com

                    And

                    FARELLA BRAUN + MARTEL LLP
                    Jeffrey M. Fisher (California State Bar No. 155284)
                    jfisher@fbm.com
                    Deepak Gupta (California State Bar No. 226991)
                    dgupta@fbm.com
                    235 Montgomery Street, 17th Floor
                    San Francisco, CA  94104
                    Telephone:  (415) 954-4400
                    Facsimile:  (415) 954-4480
                    *(pro hac vice applications to be filed)*

                    Attorneys for FLEXIBLE TECHNOLOGIES, INC.

January 13, 2017